# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**UNITED STATES**

vs. Tofun Ghasri
Paul Bang
Jonathan Pai
Quang Ho

**DEFENDANT(S)**

JUDGE: IVAN D. DAVIS
CASE NO. 10mj130
HEARING: R5
DATE: 2-26-2010
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: JANICE ALLEN

COUNSEL FOR UNITED STATES: Daniel Grooms / Tritia Yuen
COUNSEL FOR DEFENDANT: w/out
INTERPRETER: ___

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(X) RULE 5 ADVISEMENT
(X) COURT TO APPOINT COUNSEL CJA
(/) DEFT. TO RETAIN COUNSEL
( ) SPEEDY TRIAL ACT WAIVED
( ) JURY WAIVED
( ) CONSENT TO TRIAL BY MAG JUDGE
( ) MOTIONS W/IN ___ DAYS

( ) PLEA OF GUILTY TO ___
( ) COURT ACCEPTS PLEA
( ) PLEA OF NOT GUILTY TO ___
( ) DEFT FOUND GUILTY / FOUND NOT GUILTY
( ) COUNT(S) ___ DISMISSED BY ___
(X) DEFT. REFERRED TO USPO FOR PSIR
(X) DEFT REMANDED

**CONDITIONS OF RELEASE:**
($ ___ ) UNSECURED ($ ___ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**SENTENCE:**
( ) PSIR ADOPTED ( ) G/L STIP
( ) MONTHS PROBATION ( ) SUP ( ) LIMITED ( ) UNSUP ( ) 3607 ( ) YRS SUP RELEASE
( ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
( ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT ( ) ALCOHOL PROGRAM ( ) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS
( ) HRS. COMMUNITY SERVICE

($ ___ ) FINE ($ ___ ) S.A. ($ ___ ) PROCESSING FEE AS TO COUNT ___
($ ___ ) FINE ($ ___ ) S.A. ($ ___ ) PROCESSING FEE AS TO COUNT ___
($ ___ ) FINE ($ ___ ) S.A. ($ ___ ) PROCESSING FEE AS TO COUNT ___
($ ___ ) FINE ($ ___ ) S.A. ($ ___ ) PROCESSING FEE AS TO COUNT ___

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED
**NEXT APPEARANCE:** 3/3/2010 AT 2 AM OR PM
(X) R5 ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) VCR (X) DH (X) PH ( ) 3607
(X) OTHER JUDGE JFA

( ) RELEASE ORDER GIVEN TO USMS