# UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__

FILED IN OPEN COURT
FEB 26
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

_Jofun Phasri_
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 1:10mj130

Upon motion of the __United States Attorney__, it is ORDERED that a detention hearing is set for __3/3/2010__ * at __2pm__

before The Honorable _John F. Anderson_, United States Magistrate Judge
_Name of Judicial Officer_

__United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
_Other Custodial Official_

Date: __26 feb 10__

/s/
Ivan D. Davis
United States Magistrate Judge

---

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five ays upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only y the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial ficer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, attempt to threaten, injure, or intimidate a prospective witness or juror.