UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:10-mj-130 |
| | ) |
| TOFUN ALI GHASRI, | ) |
| | ) |
| Accused. | ) |

## P R A E C I P E

THE CLERK OF THE COURT will please note the appearance of Peter D. Greenspun, Esquire, and the law firm of Greenspun, Shapiro, Davis & Leary, P.C., as counsel of record for the Accused, Tofun Ali Ghasri, in the above-referenced cause.

Tofun Ali Ghasri
By Counsel

GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.

BY: _____/s/_____
Peter D. Greenspun
State Bar I.D. #18052
Counsel for Accused
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100
pdg@greenspunlaw.com
wmc@greenspunlaw.com

GREENSPUN SHAPIRO
DAVIS & LEARY P.C.

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will then send a notification of such filing (NEF) to the following:

>Daniel J. Grooms, Esquire
>Counsel for the United States
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Daniel.Grooms@usdoj.gov

>_____/s/_____
>Peter D. Greenspun
>Counsel for the Accused
>Greenspun, Shapiro, Davis and Leary, P.C.
>3955 Chain Bridge Road
>Second Floor
>Fairfax, Virginia   22030
>(703) 352-0100
>Fax: (703) 591-7268
>Email: pdg@greenspunlaw.com