TYPE OF HEARING Ph dh
CASE NO# 10-130-MJ
MAGISTRATE JUDGE: John F. Anderson
DATE: 3-3-10
TIME: 2:00
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

vs.

Tofun Ghasri - Davis
Paul Bang - T. Lester
Jonathan Pai - A. Stewart
Quang Huy Ho - D. Crawley

GOVT. ATTY  D. Grooms

DEFT'S ATTY. Davis for Ghasri, Lester for Bang, A. Stewart for Pai, D. Crawley for Ho

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
COURT TO APPOINT COUNSEL ( )

James Davis/Ghasri, S. Brisendon for Bang - relieved from case; atty Lester retained. USA adduced evidence as to each deft. Agt Id's all defts. Agt adopts the affidavit as part of his testimony affidavit entered into evidence as USA's exhibit #1.

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

BOND Cross exam by atty Davis for Ghasri, Stewart for Pai, Crawley for Ho, atty Lester for Bang. No argument as to PC by any of the defts. PC found as to each. atty Crawley reserves the right to argue detention @ a later

NEXT COURT APPEARANCE date. Deft Ho is remanded w/o bond

atty Stewart argues release as to Deft Pai —  Deft. Remanded
Ghasri                                          bond
bang                                            bond

dh 3-11-10 @ 10:00 for Deft Ho