IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:10CR89 |
| | ) |
| TOFUN ALI GHASRI, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon Motion of the United States to Dismiss Count Two of the Indictment in the above-captioned case, it is hereby

ORDERED, that Count Two of the Indictment in the above-captioned case is dismissed as to defendant Tofun Ali Ghasri.

/s/
T. S. Ellis, III
United States District Judge

Alexandria, Virginia
Date: 5/27/10